# AFFIDAVIT OF PERSONAL SERVICE

STATE OF MINNESOTA )
                   ) ss
COUNTY OF HENNEPIN )

Stephen M. Friedmann, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn on oath says that on the 28th day of May, 2009, he served a true and correct copy of the following:

1. Summons and
2. Complaint.

upon

TransUnion, LLC

by handing to and leaving with Christina Olund a true and correct copy thereof at the address listed below:

CSC
380 Jackson Street, Suite 700
St. Paul, MN 55101

Stephen M. Friedmann

Subscribed and sworn to before me
this 16th day of June, 2009.

Notary Public

JENNIFER L. AHLERS
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

RE: Kate Weisenbeck vs. Experien, et al.
    Case No. 09-CV-1206

9997.349
4556831v1

# AFFIDAVIT OF PERSONAL SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Wayne Marshall, of the City of Minneapolis, County of Hennepin, in the State of Minnesota, being duly sworn on oath says that on the 28th day of May, 2009, he served a true and correct copy of the following:

Summons and Complaint

upon:

Resurgent Capital Services, LP

and

Experian Information Solutions, Inc.

Through their registered agent, by handing to and leaving a true and correct copy with Jenny Schurhamer at CT Corporation located at 100 South Fifth Street, Suite 1075, Minneapolis, MN 55402.

_____
Wayne Marshall

Subscribed and sworn to before me
this 16th day of June, 2009.

_____
Notary Public

JENNIFER L. AHLERS
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

Re: Kate Marie Weisenbeck vs. Experian, et al.
    Case No. 09-CV-1206

9997.349
4556807v1

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # WINWE2 50683 1221
Re: 9997.349

**STATE OF DELAWARE**

**COUNTY OF NEW CASTLE**

**AFFIDAVIT OF SERVICE**

BARRY EVEALND, being duly sworn, on oath says that on
(Name of Server)

6 / 02 /2009 at 11 :10 am M
(Date of Service)      (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: LVNV Funding, LLC

therein named, personally at:   Corporation Trust Center
                                1209 Orange Street
                                Wilmington, DE 19801

by handing to and leaving with:

SCOTT LASCALA                                           - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Trust Center, the Registered Agent for LVNV Funding, LLC, expressly authorized
to accept service of process for same, a true and correct copy thereof.

Subscribed and Sworn to before me

6 /02 /2009.

_____
(Signature of Notary)

_____
(Signature of Server)

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC • DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23, 2010

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994  F (612) 332-5215

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Legal Serial # WINWE2 50684 1222
Re: 9997.349

**STATE OF MINNESOTA**

**COUNTY OF BENTON**

**AFFIDAVIT OF SERVICE**

_____KATHLEEN M. LANGE_____, being duly sworn, on oath says that on
(Name of Server)

__6__/__1__/2009 at __9:10__ __A__ M
(Date of Service)     (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: J.C. Christensen & Associates, Inc.

therein named, personally at:   200 14th Avenue East
                                Sartell, MN 56377

by handling to and leaving with:

[ ] the Registered Agent of J.C. Christensen & Associates, Inc.
[X] an Officer of J.C. Christensen & Associates, Inc.
[ ] a Managing Agent, someone within J.C. Christensen & Associates, Inc. whose
    management capacity is such that (s)he exercises independent judgment and discretion

____CHARLES ENGEBRETSON____     ____CFO____
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.


Subscribed and Sworn to before me                                    (Signature of Server)

__6__/__4__/2009.

KEVIN G. LANGE
Notary Public
Minnesota
My Commission Expires January 31, 2010

(Signature of Notary)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215