**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| KATE MARIE WEISENBECK, | Civil No. 09-1206 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC. a/k/a EXPERIAN; TRANSUNION; LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, LP; and J.C. CHRISTENSEN & ASSOCIATES, INC., | |
| Defendants. | |

_____

Plaintiff Kate Marie Weisenbeck, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal With Prejudice (Doc. No. 19), and the Court having been duly advised, **IT IS ORDERED** that all claims of Plaintiff Kate Marie Weisenbeck against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**. Plaintiff Kate Marie Weisenbeck and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: July 17, 2009

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge