## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Katie Marie Weisenbeck, | Civil No. 09-1206 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Experian Information Solutions, Inc., a/k/a Experian; TransUnion, LLC; LVNV Funding, LLC; Resurgent Capital Services, LP; and J.C. Christensen & Associates, Inc., | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 21) **IT IS ORDERED** that Plaintiff's claims against Defendant Experian Information Solutions, Inc., a/k/a Experian, in the above-captioned matter are **DISMISSED WITHOUT PREJUDICE,** with each party to bear their own costs and attorneys' fees.

Dated: August 4, 2009

                                                              s/Richard H. Kyle  
                                                              RICHARD H. KYLE  
                                                              United States District Judge