# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| Katie Marie Weisenbeck, | Civil No. 09-1206 (RHK/FLN) |
| Plaintiff, | **ORDER** |
| vs. | |
| Experian Information Solutions, Inc., a/k/a Experian; TransUnion, LLC; LVNV Funding, LLC; Resurgent Capital Services, LP; and J.C. Christensen & Associates, Inc., | |
| Defendants. | |

___

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 23) **IT IS ORDERED** that Plaintiff's claims against Defendants LVNV Funding, LLC, and Resurgent Capital Services, LP in the above-captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees.

Dated: August 6, 2009

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge